UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Earlean Hicks, <br><br> Plaintiff, <br><br> v. <br><br> Walmart Inc., <br><br> Defendant. | CASE NO. 2:23-cv-1103 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On May 20, 2024, the parties filed a notice of settlement. Dkt. No. 17. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

Dated this 20th day of May 2024.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

                                <u>Ravi Subramanian</u>
                                Clerk
                                <u>*/s/Kathleen Albert*</u>
                                Deputy Clerk

MINUTE ORDER - 2