UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARLEAN HICKS, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>WALMART INC., a Foreign Profit Corporation,<br><br>       Defendant. | NO. 2:23-cv-01103-JNW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL** |

## STIPULATION

Having reached a settlement agreement as to all claims, the parties, Plaintiff EARLEAN HICKS and Defendant WALMART INC., by and through their respective attorneys of record, hereby stipulate and agree that this action may be dismissed in its entirety, with prejudice, and without an award of costs and/or attorneys' fees to any party.

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 1

**Williams, Kastner & Gibbs PLLC** 601 Union Street, Suite 4100 Seattle, Washington 98101-2380 (206) 628-6600

4879-0348-0256.1

1   DATED this 20th day of May, 2024.

2   IDDINS LAW GROUP                              WILLIAMS KASTNER & GIBBS PLLC

3   _____           *s/ Ashley M. Langley*_____

4   Cameron J. Pearson, WSBA #48086               Rodney L. Umberger, WSBA #24948
    Robert C. Iddins, WSBA #37177                 Eddy Silverman, WSBA #53494
5   25052 104th Ave SE, Ste. B                    Ashley M. Langley, WSBA #54032
    Kent, WA 98030                                601 Union Street, Suite 4100
6   Tel:    (253) 854-1244                        Seattle, WA 98101-2380
    Fax:    (253) 852-4286                        Tel:    (206) 628-6600
7                                                 Fax:    (206) 628-6611
    Email: cameron@iddinslaw.com                  Email: rumberger@williamskastner.com
8          rob@iddinslaw.com                             esilverman@williamskastner.com
           starsha@iddinslaw.com                         alangley@williamskastner.com

**Attorneys for Plaintiff Earlean Hicks**           **Attorneys for Defendant Walmart Inc.**

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4879-0348-0256.1

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of a Stipulated Motion by Plaintiff EARLEAN HICKS and Defendant WALMART INC. to dismiss all claims against WALMART INC. with prejudice and without costs and/or attorneys' fees as to any party, and the Court being fully advised, it is now ORDERED as follows:

All claims against Defendant WALMART INC. are hereby dismissed with prejudice and without costs and/or attorneys' fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this 6th day of June, 2024.

_____
Jamal N. Whitehead

PRESENTED BY:

IDDINS LAW GROUP

_____
Cameron J. Pearson, WSBA #48086
Robert C. Iddins, WSBA #37177
25052 104th Ave SE, Ste. B
Kent, WA 98030
Tel:   (253) 854-1244
Fax:   (253) 852-4286
Email: cameron@iddinslaw.com
         rob@iddinslaw.com
         starsha@iddinslaw.com

**Attorneys for Plaintiff Earlean Hicks**

WILLIAMS KASTNER & GIBBS PLLC

*s/ Ashley M. Langley*_____
Rodney L. Umberger, WSBA #24948
Eddy Silverman, WSBA #53494
Ashley M. Langley, WSBA #54032
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Fax:   (206) 628-6611
Email: rumberger@williamskastner.com
         esilverman@williamskastner.com
         alangley@williamskastner.com

**Attorneys for Defendant Walmart Inc.**